# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2025 CW 0422

**JUNE 30, 2025**

---

In Re:   Albert A. Grayer, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
752901.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court is ordered to
proceed toward disposition of this matter on or before August 29,
2025.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT